SUZANNE L. MARTIN
Nevada Bar No. 8833
suzanne.martin@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV  89135
Telephone:  702.369.6800
Fax:  702.369.6888

MICHELLE C. KRAKORA
Nevada Bar No. 8832
michelle.krakora@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
200 S. Virginia Street, 8th Floor
Reno, NV  89501
Telephone:  775.234.3925
Fax:  775.440.2376

*Attorneys for Defendant KB Home Nevada, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| IRENE ELICERIO,<br><br>            Plaintiff,<br><br>vs.<br><br>KB HOME NEVADA, INC.,<br><br>            Defendant. | Case No.:  2:23-cv-02035-RFB-VCF<br><br>~~STIPULATION AND~~ **ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1, LR IA 6-2 and LR 7-1, Plaintiff Irene Elicerio ("Plaintiff") and Defendant KB Home Nevada, Inc. ("Defendant") (collectively "the Parties"), by and through their respective counsel of record, hereby request and stipulate to extend the time for Defendant to answer, move, or otherwise respond to Plaintiff's Complaint (ECF No. 1).  Defendant's response to Plaintiff's Complaint is currently due January 4, 2024.  The Parties request an extension up to and including **Thursday, January 25, 2024** in which to respond.  Due to the intervening holidays and pre-scheduled time off, Defendant needs additional time to investigate the facts necessary to

- 1 -

prepare an appropriate response to the Complaint. This is the parties' first request for an extension of time.

This Stipulation is made in good faith and is not intended for purposes of delay.

DATED this 21st day of December, 2023.   DATED this 21st day of December, 2023.

LAW OFFICES OF MITCHELL S. BISSON   OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*/s/ Mitchell S. Bisson*   */s/ Michelle Krakora*

Mitchell S. Bisson, Esq.   Suzanne L. Martin
Nevada Bar No. 011920   Nevada Bar No. 8833
911 N. Buffalo Dr., Ste. 202   10801 W. Charleston Blvd.
Las Vegas, NV 89128   Suite 500
                      Las Vegas, NV 89135

*Attorney for Plaintiff*

Michelle C. Krakora
Nevada Bar No. 8832
200 S. Virginia Street, 8th Floor
Reno, NV 89501

*Attorneys for Defendant KB Home Nevada, Inc.*

**ORDER**

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE
  December 22, 2023
DATED

- 2 -

59726324.v1-OGLETREE