SUZANNE L. MARTIN
Nevada Bar No. 8833
suzanne.martin@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV 89135
Telephone: 702.369.6800
Fax: 702.369.6888

MICHELLE C. KRAKORA
Nevada Bar No. 8832
michelle.krakora@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
200 S. Virginia Street, 8th Floor
Reno, NV 89501
Telephone: 775.234.3925
Fax: 775.440.2376

*Attorneys for Defendant KB Home Nevada, Inc.*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| IRENE ELICERIO,<br><br>  Plaintiff,<br><br>vs.<br><br>KB HOME NEVADA, INC.,<br><br>  Defendant. | Case No.: 2:23-cv-02035-RFB-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(SECOND REQUEST)** |

Pursuant to LR IA 6-1, LR IA 6-2 and LR 7-1, Plaintiff Irene Elicerio ("Plaintiff") and Defendant KB Home Nevada, Inc. ("Defendant") (collectively "the Parties"), by and through their respective counsel of record, hereby request and stipulate to extend the time for Defendant to answer, move, or otherwise respond to Plaintiff's Complaint (ECF No. 1). Defendant's response to Plaintiff's Complaint is currently due January 25, 2024. The Parties request a two-week extension up to and including **Thursday, February 8, 2024,** in which to respond. The extension is requested to allow Defendant's counsel time to gather information and documentation necessary to

- 1 -

adequately analyze the Complaint and prepare an appropriate response. This is the Parties' second request for an extension of time.

This Stipulation is made in good faith and is not intended for purposes of delay.

DATED this 16th day of January, 2024.    DATED this 16th day of January, 2024.

LAW OFFICES OF MITCHELL S. BISSON    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*/s/ Mitchell S. Bisson*    */s/ Michelle C. Krakora*

Mitchell S. Bisson, Esq.  
Nevada Bar No. 011920  
911 N. Buffalo Dr., Ste. 202  
Las Vegas, NV 89128  

*Attorney for Plaintiff*

Suzanne L. Martin  
Nevada Bar No. 8833  
10801 W. Charleston Blvd.  
Suite 500  
Las Vegas, NV 89135  

Michelle C. Krakora  
Nevada Bar No. 8832  
200 S. Virginia Street, 8th Floor  
Reno, NV 89501  

*Attorneys for Defendant KB Home Nevada, Inc.*

**ORDER**

IT IS SO ORDERED.

_____  
UNITED STATES MAGISTRATE JUDGE

 1/17/2024
DATED

- 2 -