SUZANNE L. MARTIN
Nevada Bar No. 8833
suzanne.martin@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV  89135
Telephone:  702.369.6800
Fax:  702.369.6888

MICHELLE C. KRAKORA
Nevada Bar No. 8832
michelle.krakora@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
200 S. Virginia Street, 8th Floor
Reno, NV  89501
Telephone:  775.234.3925
Fax:  775.440.2376

*Attorneys for Defendant KB Home Nevada, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| IRENE ELICERIO,<br><br>            Plaintiff,<br><br>vs.<br><br>KB HOME NEVADA, INC.,<br><br>            Defendant. | Case No.:  2:23-cv-02035-RFB-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(THIRD REQUEST)** |

Pursuant to LR IA 6-1, LR IA 6-2 and LR 7-1, Plaintiff Irene Elicerio ("Plaintiff") and Defendant KB Home Nevada, Inc. ("Defendant") (collectively "the Parties"), by and through their respective counsel of record, hereby request and stipulate to extend the time for Defendant to answer, move, or otherwise respond to Plaintiff's Complaint (ECF No. 1).  Defendant's response to Plaintiff's Complaint is currently due February 8, 2024.  The Parties request a two-week extension up to and including **Thursday, February 22, 2024,** in which to respond.  The extension is requested to allow the Parties time to resolve discussions regarding a Release Agreement that

- 1 -

Defendant maintains precludes pursuit of this action. This is the Parties' third request for an extension of time.

This Stipulation is made in good faith and is not intended for purposes of delay.

| | |
|---|---|
| DATED this 7th day of February 2024. | DATED this 7th day of February 2024. |
| LAW OFFICES OF MITCHELL S. BISSON | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| */s/ Mitchell S. Bisson* | */s/ Michelle C. Krakora* |
| Mitchell S. Bisson, Esq.<br>Nevada Bar No. 011920<br>911 N. Buffalo Dr., Ste. 202<br>Las Vegas, NV 89128<br><br>*Attorney for Plaintiff* | Suzanne L. Martin<br>Nevada Bar No. 8833<br>10801 W. Charleston Blvd.<br>Suite 500<br>Las Vegas, NV 89135<br><br>Michelle C. Krakora<br>Nevada Bar No. 8832<br>200 S. Virginia Street, 8th Floor<br>Reno, NV 89501<br><br>*Attorneys for Defendant KB Home Nevada, Inc.* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

2/8/2024
DATED

- 2 -