SUZANNE L. MARTIN
Nevada Bar No. 8833
suzanne.martin@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV  89135
Telephone:  702.369.6800
Fax:  702.369.6888

MICHELLE C. KRAKORA
Nevada Bar No. 8832
michelle.krakora@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
200 S. Virginia Street, 8th Floor
Reno, NV  89501
Telephone:  775.234.3925
Fax:  775.440.2376

*Attorneys for Defendant KB Home Nevada, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| IRENE ELICERIO,<br><br>   Plaintiff,<br><br>vs.<br><br>KB HOME NEVADA, INC.,<br><br>   Defendant. | Case No.:  2:23-cv-02035 – RFB-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Defendant KB Home Nevada, Inc. ("Defendant"), and Plaintiff Irene Elicerio ("Plaintiff"), by and through their counsel of record, that all claims Plaintiff had or may have had against Defendant, that are contained in, reasonably related to, or could have been brought in the above-captioned action, are hereby dismissed with prejudice in their entirety.

/ / /

/ / /

Each party is to bear their own fees and costs.

| | |
|---|---|
| DATED this 15th day of February, 2024. | DATED this 15th day of February, 2024. |
| LAW OFFICES OF MITCHELL S. BISSON | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| /s/ *Mitchell S. Bisson* | /s/ *Michelle C. Krakora* |
| Mitchell S. Bisson, Esq.<br>Nevada Bar No. 011920<br>911 N. Buffalo Dr., Ste. 202<br>Las Vegas, NV 89128<br><br>*Attorney for Plaintiff* | Suzanne L. Martin<br>Nevada Bar No. 8833<br>10801 W. Charleston Blvd.<br>Suite 500<br>Las Vegas, NV  89135<br><br>Michelle C. Krakora<br>Nevada Bar No. 8832<br>200 S. Virginia Street, 8th Floor<br>Reno, NV  89501<br><br>*Attorneys for Defendant KB Home Nevada, Inc.* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

February 16, 2024.
DATE

- 2 -